# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HESHAM ISMAIL                               :
                                            :
            v.                              :            Civil Action No. 19-1093
                                            :
DOMINION ENERGY, INC.                       :


## ORDER

**AND NOW**, this 1st day of April, 2022, upon consideration of Dominion Energy, Inc.'s Motion to Dismiss Plaintiff's Amended (ECF No. 11), Hesham Ismail's Motion for Leave to Amend Complaint (ECF No. 15), Dominion Energy, Inc.'s Motion for Rule 11 Sanctions (ECF No. 21), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1.      Dominion Energy, Inc.'s Motion to Dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 11) is **GRANTED**, and Plaintiff's Third Amended Complaint is **DISMISSED WITH PREJUDICE**;

2.      Hesham Ismail's Motion for Leave to Amend Complaint (ECF No. 15) is **DENIED**; and

3.      Dominion Energy, Inc's Motion for Rule 11 Sanctions (ECF No. 21) is **DENIED**. The Clerk of Court is DIRECTED to CLOSE this case.


                                    **BY THE COURT:**



                                    **/s/ Judge John Milton Younge**
                                    **Judge John Milton Younge**